SCWC-13-0001474

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

EDMUND M. ABORDO, Petitioner/Plaintiff-Appellant,

vs.

DEPARTMENT OF PUBLIC SAFETY (DPS), SHARI KIMOTO, MAINLAND BRANCH ADMINISTRATOR, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0001474; CIVIL NO. 11-1-2228)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

It appearing that the judgment on appeal in the above-referenced matter not having been filed by the Intermediate Court of Appeals at the time the application for writ of certiorari was filed, see Hawai'i Revised Statutes § 602-59(a) (Supp. 2013); see also Hawai'i Rules of Appellate Procedure (HRAP) Rule 36(b)(1) (2012),

IT IS HEREBY ORDERED that Petitioner/Plaintiff-Appellant's application for writ of certiorari, filed April 24, 2015, is dismissed without prejudice to re-filing the application pursuant to HRAP Rule 40.1(a) (2014) ("The

application shall be filed within thirty days after the filing of the intermediate court of appeals' judgment on appeal or dismissal order, unless the time for filing the application is extended in accordance with this rule.").

DATED:  Honolulu, Hawaiʻi, April 28, 2015.

Edmund M. Abordo
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

